AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# United States District Court
## for the
## Eastern District of Missouri

United States of America
v.
Osker McNeal

Case No: 4:93CR134
USM No: 22914-044

Date of Previous Judgment: February 25, 1994
(Use Date of Last Amended Judgment if Applicable)

Eric Butts
Defendant's Attorney

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the Term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __211__ months is reduced to __180 months__

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

Previous Offense Level: __30__  Amended Offense Level: __28__
Criminal History Category: __III__  Criminal History Category: __III__
Previous Guideline Range: __121__ to __151__ months  Amended Guideline Range: __120__ to __121__ months
on Count I  on Count I

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS

This reduction reflects a revised calculation on Count I. It does not change the sentence on Count II which remains 60 months to be served consecutively to the sentence on Count I.

Except as provided above, all provisions of the judgment dated February 25, 1994 shall remain in effect.

**IT IS SO ORDERED**

Order Date: 5/19/08

Judge's Signature

Effective Date: 5/29/08
(if different from order date)

Jean C. Hamilton, United States District Judge
Printed Name and title